Case 22-20297-TPA    Doc 8    Filed 02/23/22    Entered 02/23/22 12:10:10    Desc Main
Document      Page 1 of 2

FILED
2/23/22 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL A. NOVAK  : Case No. 22-20297-TPA
 : Chapter 13
      *Debtors* :
 : Hearing: March 9, 2022 at 10:30 A.M.

## ORDER TO SHOW CAUSE

The Debtor's current case at 22-20297-TPA was filed on February 18, 2022. The case is in a posture for dismissal as a result of the history of multiple case filings, i.e., more than 3 cases filed in the previous 10 years. The Debtor filed the following Bankruptcy Cases:

(1)    15-21331-TPA (Paul A. Novak) filed April 16, 2015; dismissed November 11, 2015;
(2)    16-22651-TPA (Paul A. Novak) filed July 19, 2016; dismissed August 17, 2016;
(3)    16-24835 -TPA (Paul A. Novak) filed December 31, 2016; dismissed August 18, 2017;
(4)    17-23762 -TPA (Paul A. Novak) filed September 20, 2017; dismissed April 5, 2018;
(5)    19-20422 -TPA (Paul A. Novak) filed February 1, 2019; dismissed March 12, 2020;
(6)    22-20297 - TPA (Paul A. Novak) filed February 18, 2022 (Current case)

It appears the Debtors may have abused the privilege of proceeding under the *Bankruptcy Code* due to the multiple filings and failure to complete the Bankruptcy Petition. Therefore, the Court requires the Debtors to establish good faith. In the event the Debtors fail to appear and/or fail to establish good faith, the Court will consider appropriate remedial action which may include *dismissal with prejudice with two-year bar* to refiling.

1

*AND NOW*, this **23rd** day of ***February, 2022,*** it is hereby **ORDERED, ADJUDGED and DECREED** that**:**

(1) An ***Order to Show Cause*** is issued against the Debtor, **Paul A. Novak,** and Counsel, **Paul W. McElrath, Jr., Esq.** to ***personally appear*** for a hearing to show cause why the pending Bankruptcy case should not be dismissed, with prejudice, resulting in a two year bar to refiling and/or other relief being entered, scheduled for ***March 9, 2022*** at ***10:30 A.M*** to be held by the ***Zoom Video Conference Application***. The Parties must comply with ***Judge Agresti's Temporary Modified Appearance Procedures*** which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    All Creditors and Parties in Interest