Case 22-20297-TPA    Doc 10    Filed 02/25/22    Entered 02/26/22 00:31:12    Desc Imaged
                           Certificate of Notice    Page 1 of 4

FILED
2/23/22 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL A. NOVAK  :  Case No. 22-20297-TPA
               :  Chapter 13
    *Debtors*  :
               :  Hearing: March 9, 2022 at 10:30 A.M.

## ORDER TO SHOW CAUSE

The Debtor's current case at 22-20297-TPA was filed on February 18, 2022. The case is in a posture for dismissal as a result of the history of multiple case filings, i.e., more than 3 cases filed in the previous 10 years. The Debtor filed the following Bankruptcy Cases:

(1) 15-21331-TPA (Paul A. Novak) filed April 16, 2015; dismissed November 11, 2015;
(2) 16-22651-TPA (Paul A. Novak) filed July 19, 2016; dismissed August 17, 2016;
(3) 16-24835 -TPA (Paul A. Novak) filed December 31, 2016; dismissed August 18, 2017;
(4) 17-23762 -TPA (Paul A. Novak) filed September 20, 2017; dismissed April 5, 2018;
(5) 19-20422 -TPA (Paul A. Novak) filed February 1, 2019; dismissed March 12, 2020;
(6) 22-20297 - TPA (Paul A. Novak) filed February 18, 2022 (Current case)

It appears the Debtors may have abused the privilege of proceeding under the *Bankruptcy Code* due to the multiple filings and failure to complete the Bankruptcy Petition. Therefore, the Court requires the Debtors to establish good faith. In the event the Debtors fail to appear and/or fail to establish good faith, the Court will consider appropriate remedial action which may include *dismissal with prejudice with two-year bar* to refiling.

*AND NOW*, this *23rd* day of *February, 2022*, it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)  An ***Order to Show Cause*** is issued against the Debtor, **Paul A. Novak,** and Counsel, **Paul W. McElrath, Jr., Esq.** to ***personally appear*** for a hearing to show cause why the pending Bankruptcy case should not be dismissed, with prejudice, resulting in a two year bar to refiling and/or other relief being entered, scheduled for ***March 9, 2022*** at ***10:30 A.M*** to be held by the ***Zoom Video Conference Application***. The Parties must comply with ***Judge Agresti's Temporary Modified Appearance Procedures*** which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2)  ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20297-TPA |
| Paul A. Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 23, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul A. Novak, 4607 Library Road, Ste 220-66, Bethel Park, PA 15102-6902 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15455992 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15455997 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15455998 | + | Columbia Gas, P.O. Box 742637, Cincinnati, OH 45274-2637 |
| 15455999 | + | Condor Captl, 165 Oser Av, Hauppauge, NY 11788-3710 |
| 15456001 | + | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15456003 | + | First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 15456006 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15456007 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15456013 | + | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15456014 | + | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 00:01:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15455993 | | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 00:01:05 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15455994 | + | Email/Text: ebnjts@grblaw.com | Feb 23 2022 23:56:00 | Borough of Whitehall, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15455995 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:00:53 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15456000 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 00:01:04 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15456002 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2022 23:56:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15456004 | | Email/Text: GCSBankruptcy@gcserv.com | Feb 23 2022 23:55:00 | G C Services, 6330 Gulfton St Ste 400, Houston, TX 77081 |
| 15456005 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2022 23:56:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15455996 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:00:40 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 15456008 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 00:01:03 | Onemain Fi, Po Box 499, Hanover, MD 21076-0499 |

Case 22-20297-TPA    Doc 10    Filed 02/25/22    Entered 02/26/22 00:31:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 15456009 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 23 2022 23:56:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15456010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 00:01:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15456011 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:01:05 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 15456015 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 24 2022 00:11:35 | Sprint, Customer Service, P.O. Box 8077, London, KY 40742 |
| 15456012 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2022 23:56:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15456016 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:01:03 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15456017 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2022 23:55:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4