FILED
3/10/22 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20297-TPA |
| | : | | |
| Paul A. Novak | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/9/2022 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**   #8 OTSC for multiple case filings
  *(Debtor to personally appear)*

**APPEARANCES:**

  Debtor: Paul W. McElrath + Debtor
  Trustee: Ronda J. Winnecour

**NOTES:**

Novak:   (11:25)  Was going to take over neighbor's HVAC company.  That fell through due to Covid.  I have 6 months left to obtain certification.  I haven't been getting paid and my family has been helping me along.

Winnecour:   Hopefully we will have a plan and payment

**OUTCOME:**   Continued to April 6, 2022 at 10:30am

asg