## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-20297-TPA |
| | : | |
| **Paul Novak,** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Paul Novak,** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Paul Novak,** hereby state as follows:

1. I currently earn part-time casual income in the amount of $1,800.00 per month.

2. My wife lives in the household and contributes $3,555.76 per month.

3. I have filed income tax returns for the years 2018 – 2019, and I am currently in the process of preparing my 2020 & 2021 returns and will provide them to the court as soon as they are available.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>March 11, 2022</u>    /s/ **Paul Novak**
                              **Paul Novak**
                              Debtor