Case 22-20297-TPA    Doc 22    Filed 04/08/22    Entered 04/08/22 10:28:18    Desc Main
Document    Page 1 of 1

FILED
4/8/22 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-20297-TPA |
| Paul A. Novak | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 4/6/2022 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER**   #8 Cont. OTSC for multiple case filings

**APPEARANCES:**

Debtor: Paul W. McElrath
Trustee: Ronda J. Winnecour
Deutsche Bank: Denise Carlon

**NOTES:**

Debtor:   I am taking over my neighbor's HVAC business. I have made the first payment and will continue to make payments. My family members are helping. $30-40,000 in equity.

Carlon:   Arrears are $86,000 on mortgage. $130,000 is owed on the house.

Winnecour:   Ask Debtor get TFS for payment.

**OUTCOME:**   OTSC is vacated. Affidavit of default re plan payments. If case is dismised it will be with a 2 year bar. Chambers to issue Order.

*/s/ Ronda J. Winnecour*
asg