FILED
4/14/22 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PAUL A. NOVAK | : | Case No. 22-20297-TPA |
| | : | Chapter 13 |
| *Debtor* | : | Related to Doc. No. 8 |

# ORDER

A continued show cause hearing was held on April 6, 2022, due to the Debtor's history of multiple case filings. The Debtor personally appeared at the hearing and stated that he has made a Plan payment, he is building an HVAC business and his family members are assisting him with payments. Counsel for Deutsche Bank advised the Court that the Debtor is $86,000 in arrears on his Mortgage however the Debtor avers there is some equity in the property. The case will go forward and therefore,

**AND NOW,** this **13th** day of **April, 2022**, it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1) The Debtor shall immediately set up with "TFS" payments to the Chapter 13 Trustee.

(2) The Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence,* commencing with the month following the month in which this Order is entered. Approved wage attachment remittances shall be considered a "plan payment" for purposes of this Order. For the duration of this bankruptcy case, in the event that the Debtors ***fail to make any subsequent plan payments*** to the Trustee the case will be dismissed, ***with prejudice and a two year bar***, upon the

filing of an Affidavit of Default by the Trustee without further hearing. Such Affidavit of Default shall contain a statement of the default as supported by the records of the Trustee.

(3) The *Order to Show Cause* (Doc. No. 8) dated February 23, 2022, is hereby ***VACATED***.

_____dak_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Paul McElrath, Esq.
    Brian Nicholas, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20297-TPA |
| Paul A. Novak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul A. Novak, 4607 Library Road, Ste 220-66, Bethel Park, PA 15102-6902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5