IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/15/22 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20297-TPA |
| Paul A. Novak | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 9/14/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #32 MFRS and Co-Debtor Stay by Deutsche Bank National Trust
  #38 Resp. by Debtor

**APPEARANCES:**
  Debtor: Paul W. McElrath
  Trustee: Ronda J. Winnecour
  Deutsche Bank: Denise Carlon

**NOTES:**

McElrath:   If the case is dismissed I don't believe we can refile at this time.

Carlon:   We have not begun foreclosure actions yet.

Winnecour:   Debtor hasn't made a payment since May, recommending dismissal without prejudice.

**OUTCOME:**   GRANTED / MOE
  Trustee's oral Motion for dismissal without prejudice is GRANTED.

*/s/ Ronda Winnecour*
dak