FILED
9/15/22 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul A. Novak
                        Debtor(s)

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1,
                        Movant
            v.
Paul A. Novak
Mary Beth Novak
                        Respondents
            and
Ronda J. Winnecour, Trustee
                        Additional Respondent

BK. NO. 22-20297 TPA

CHAPTER 13

Related to Docket #32

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

    AND NOW, this **14th** day of **September, 2022**, upon Motion of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1, its successors and/or assigns, it is

    **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5148 Baptist Road, Whitehall, PA 15236 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Furthermore, the oral motion of the Ch 13 Trustee to dismiss is Granted w/o prejudice*

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 22-20297-TPA

Paul A. Novak                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                               User: auto                                         Page 1 of 4

Date Rcvd: Sep 15, 2022                         Form ID: pdf900                                 Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul A. Novak, 4607 Library Road, Ste 220-66, Bethel Park, PA 15102-6902 |
| 15455992 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15455997 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15455998 | + | Columbia Gas, P.O. Box 742637, Cincinnati, OH 45274-2637 |
| 15455999 | + | Condor Captl, 165 Oser Av, Hauppauge, NY 11788-3710 |
| 15456003 | + | First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 15456006 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15456007 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 15 2022 23:42:00 | Borough of Whitehall, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2022 23:48:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15455993 | | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 23:48:25 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15455994 | + | Email/Text: ebnjts@grblaw.com | Sep 15 2022 23:42:00 | Borough of Whitehall, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15483517 | + | Email/Text: ebnjts@grblaw.com | Sep 15 2022 23:42:00 | Borough of Whitehall, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15455995 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 23:48:34 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15456000 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2022 23:48:25 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15456001 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 23:43:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15474563 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 23:43:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15474590 | + | Email/Text: jdryer@bernsteinlaw.com | Sep 15 2022 23:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

Case 22-20297-TPA  Doc 42  Filed 09/17/22  Entered 09/18/22 00:24:33  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15456002 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 15 2022 23:43:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15456004 | | Email/Text: GCSBankruptcy@gcserv.com | Sep 15 2022 23:42:00 | G C Services, 6330 Gulfton St Ste 400, Houston, TX 77081 |
| 15456005 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 15 2022 23:43:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15462517 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 23:43:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15455996 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 23:48:34 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 15456007 | ^ | MEBN | Sep 15 2022 23:36:22 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15474625 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:48:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15456008 | + | Email/PDF: cbp@onemainfinancial.com | Sep 15 2022 23:48:29 | Onemain Fi, Po Box 499, Hanover, MD 21076-0499 |
| 15456009 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 15 2022 23:43:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15456010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2022 23:48:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15456011 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:48:25 | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 15461657 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:48:25 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15473095 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 23:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15456015 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 15 2022 23:48:23 | Sprint, Customer Service, P.O. Box 8077, London, KY 40742 |
| 15456012 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 15 2022 23:43:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15456013 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 23:43:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15456014 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 23:43:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15456016 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:48:24 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15456017 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2022 23:42:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15462501 | *+ | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15462502 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15462503 | *+ | Borough of Whitehall, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15462506 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, |

Case 22-20297-TPA    Doc 42    Filed 09/17/22    Entered 09/18/22 00:24:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| | | |
|---|---|---|
| | | address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15462504 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15462507 | *+ | Columbia Gas, P.O. Box 742637, Cincinnati, OH 45274-2637 |
| 15462508 | *+ | Condor Captl, 165 Oser Av, Hauppauge, NY 11788-3710 |
| 15462509 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15462510 | *+ | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15462511 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15462512 | *+ | First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 15462513 | *P++ | GC SERVICES LIMITED PARTNERSHIP, 6330 GULFTON, HOUSTON TX 77081-1198, address filed with court:, G C Services, 6330 Gulfton St Ste 400, Houston, TX 77081 |
| 15462514 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15462516 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15462515 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15462505 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 15462518 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15462519 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15462520 | *+ | Onemain Fi, Po Box 499, Hanover, MD 21076-0499 |
| 15462521 | *+ | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15462522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15462523 | *+ | PYOD LLC, C/O Resurgnet Capital, PO Box 19008, Greenville, SC 29602-9008 |
| 15462527 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, Customer Service, P.O. Box 8077, London, KY 40742 |
| 15462524 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15462525 | *+ | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15462526 | *+ | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15462528 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15462529 | *+ | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 1 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 bnicholas@kmllawgroup.com

Denise Carlon
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Whitehall jhunt@grblaw.com

Keri P. Ebeck

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: pdf900 | Total Noticed: 36 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7