**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL A. NOVAK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-20297 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2022 and confirmed on 04/12/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,736.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,731.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,448.88 | |
|     Trustee Fee | 137.34 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,586.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NTC - TRUSTEE ET AL<br>  Acct: 1909 | 2,144.78 | 2,144.78 | 0.00 | 2,144.78 |
| DEUTSCHE BANK NTC - TRUSTEE ET AL<br>  Acct: 1909 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (SWG)<br>  Acct: S186 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (STORMWATER)<br>  Acct: S186 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (STORMWATER)<br>  Acct: S186 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (SWG)<br>  Acct: S186 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,144.78 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL A. NOVAK<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PAUL A. NOVAK | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 4,000.00 | 2,448.88 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8154 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1302 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| CONDOR CAPITAL CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9256 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8064 | | | | |
| DEUTSCHE BANK NATNL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 7,237.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5635 | | | | |
| FIRST ASSOCIATES LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9256 | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3276 | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4351 | | | | |
| INTERNAL REVENUE SERVICE* | 822.96 | 0.00 | 0.00 | 0.00 |
| Acct: 8145 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6579 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PYOD LLC | 515.63 | 0.00 | 0.00 | 0.00 |
| Acct: 8064 | | | | |
| SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1909 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2718 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 344.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| LVNV FUNDING LLC | 196.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8323 | | | | |

| 22-20297 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 2,144.78 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 2,144.78 | |
| UNSECURED | 9,116.93 | |

Date: 10/13/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com